UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMONA TABIB, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS, and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No.: CV 17-5071-DMG (ASx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE [33] |

The parties having filed a Stipulation for Compromise Settlement and Dismissal,

IT IS HEREBY ORDERED:

1. The above-captioned action is dismissed with prejudice in its entirety; and
2. The parties shall bear their own costs of suit and fees.

DATED: May 28, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1